**IT IS ORDERED as set forth below:**



Date: March 2, 2023

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | CHAPTER 11 |
| CUMBERLAND RJ, INC., ) | |
| ) | Case No. 22-21039-JRS |
| ) | |
| Debtors. ) | |
| _____ ) | |

ORDER AND NOTICE OF EVIDENTIARY HEARING

PLEASE TAKE NOTICE that an ***in-person*** hearing on Debtor's Motion to Determine the Deadline to Assume or Reject Unexpired Lease of Non-Residential Real Property or, in the Alternative, to Extend Deadline to Assume or Reject Unexpired Lease of Non-Residential Real Estate Property (doc #44) in the above-styled bankruptcy case, will be held in Courtroom **103**, U.S. Courthouse, 121 Spring Street, S.E., Gainesville, GA, at **9:00 A.M.**, on the **15th** day of **MARCH, 2023.**

The parties are directed to email to Judge Sacca's Chambers (JRSChambers@ganb.uscourts.gov)  all marked exhibits they intend to use and a list of witnesses and any stipulations of fact no later than noon on **MARCH 9, 2023**.

The Clerk is directed to serve the Debtor, Debtor's Counsel, and the U.S. Trustee.

**END OF ORDER**